**Order entered April 30, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

By order entered April 3, 2013, the Court denied without prejudice the March 27, 2013 motion to withdraw filed by Tonda Curry, counsel for appellant, for noncompliance with the requirements of rule 6.5 of the rules of appellate procedure. Curry's April 23, 2013 motion to withdraw is before the Court. Curry's new motion also does not comply with rule 6.5 governing the requirements to withdraw from representation. *See* TEX. R. APP. P. 6.5.

Specifically, the motion does not contain (1) a list of current deadlines and settings in the case; (2) appellant's last known address and telephone number; (3) a statement that a copy of the motion was delivered to appellant; and (4) a statement that appellant was notified in writing of her right to object to the motion. *See* TEX. R. APP. P. 6.5(a). Additionally, the certificate of service in the motion reflects service on the Collin County District Attorney but does not reflect

the motion was delivered to appellant either in person or by both certified and first-class mail. *See id.* at 6.5(b).

The Court **DENIES** Curry's April 23, 2013 motion to withdraw. Curry is **ORDERED** to file a motion to withdraw that complies with Texas Rule of Appellate Procedure 6.5 within **FIFTEEN DAYS** of the date of this order. If Curry fails to comply with this order, the appeal will be abated for a hearing in the trial court regarding the status of appellant's representation on appeal.

/s/    LANA MYERS
       JUSTICE